IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAPPY STOMPINGBEAR**                                                  **PLAINTIFF**
**ADC #651503**

v.                      **Case No: 4:18-cv-00822 KGB**

**HAZEL ROBINSON**                                                         **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Happy Stompingbear's amended complaint is dismissed (Dkt. No. 7). The Court denies the requested relief.

So adjudged this 29th day of March, 2022.

_____
Kristine G. Baker
United States District Judge